UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10656MLW

PENNY LETENDRE, )
    Plaintiff, )
)
v. )
)
MIN S. AHN, M.D., JANE DOE, and )
MIN S. AHN, M.D., P.C., d/b/a )
THE AESTHETIC WELLNESS CENTER, )
    Defendants.)

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Now comes Peter J. Petrarca, Esquire, a member in good standing of the bar of the State of Rhode Island and the federal district court bar of the district of Rhode Island, and hereby moves this Court grant him leave to appear and practice *pro hac vice* for the plaintiff, Penny Letendre, in the above-entitled action with local associate counsel, Martin K. Leppo, Esquire.

In support hereof, movant respectfully states that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, and that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction as stated in the attached affidavit.

Respectfully Submitted,

*[signature]*

Peter J. Petrarca, Esquire
Law Offices of Petrarca & Petrarca
330 Silver Spring Street
Providence, RI 02904
(401) 273-1111