UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10656MLW

PENNY LETENDRE, )
      Plaintiff, )
       )
v. )
       )
MIN S. AHN, M.D., JANE DOE, and )
MIN S. AHN, M.D., P.C., d/b/a )
THE AESTHETIC WELLNESS CENTER, )
      Defendants.)

## AFFIDAVIT OF PETER J. PETRARCA IN SUPPORT OF MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

On oath I depose and say as follows:

1. I am an attorney with law offices located at 330 Silver Spring Street, Providence, RI.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted or permitted to practice.

3. There are no disciplinary proceedings pending against me as a member of any Bar in which I have been admitted or have been permitted to practice.

4. I have never been denied admission to or have been disciplined by any Court in any fashion whatsoever.

5. I have never resigned from the Bar of any Court nor had any order allowing me to appear *Pro Hac Vice* rescinded.

6. I agree to observe and to be bound by the local rules and orders of the Courts of the Commonwealth of Massachusetts and the Rules of Professional Conduct.

7. For purposes of this case, I have associated with local associate counsel, Martin K. Leppo, with offices at 7 Christy's Drive, Suite 1, Brockton, MA 02301 and have read, acknowledge, and will observe the requirements of this Court.

Signed under the pains and penalties of perjury on this ___ day of ___, 2005.

_____
Peter J. Petrarca