UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO 05-CV-10656MLW

PENNY LETENDRE,
    Plaintiff,

v.

MIN S. AHN, M.D., and JANE DOE, and
MIN S. AHN M.D., P.C., d/b/a
THE AESTHETIC WELLNESS CENTER
    Defendants,

## NOTICE OF APPEARANCE

J. Peter Kelley, Esq. and Andrew T. Neuwirth, Esq. hereby file their Notice of Appearance on behalf of Defendants Min S. Ahn, M.D. and Min S. Ahn, M.D., P.C. in the above captioned matter.

Respectfully submitted
Min S. Ahn, M.D., and
Mins S. Ahn, M.D., P.C.
By counsel,

J. Peter Kelley, Esquire
B.B.O. # 559588
Foster & Eldridge, LLP
One Canal Park, Suite 2100
Cambridge, MA 02141
Telephone: (617) 252-3366

Dated: 1/9/06

Min S. Ahn, M.D. and
Min S. Ahn, M.D., P.C.
by counsel,

Andrew Neuwirth, Esquire
R.I. Bar No. 6641
Foster & Eldridge, LLP
One Canal Park, Suite 2100
Cambridge, MA 02141
Telephone: (617) 252-3366

## CERTIFICATE OF SERVICE

I, Andrew T. Neuwirth, hereby certify that I have served a copy of the enclosed Notice of Appearance on:

        Peter Petrarca, Esquire
        Petrarca & Petrarca
        330 Silver Spring Street
        Providence, RI 02904

by mailing a copy of same, first-class postage prepaid, to the above.

Signed under the pains and penalties of perjury.

        Andrew T. Neuwirth
        Bar No.: 6641
        Foster & Eldridge
        One Canal Park, Suite 2100
        Cambridge, MA 02141
        Telephone: (617) 252-3366

DATED: 1/9/06