UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY -1  P 1:46

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| **PENNY LETENDRE,**<br>    **Plaintiff,** | :<br>:<br>: |
| vs. | :    C.A. NO: 05-CV-10656MLW |
| **MIN S. AHN, M.D., AND JANE DOE, AND**<br>**MIN S. AHN, M.D., P.C., D/B/A THE**<br>**AESTHETIC WELLNESS CENTER**<br>    **Defendants** | :<br>:<br>:<br>:<br>: |

**PLAINTIFF, PENNY LETENDRE'S, OBJECTION
TO DEFENDANTS' MOTION TO DISMISS PURSUANT
TO F.R. DIV. P. 12(b)(6) FOR FAILURE TO POST A TRIBUNAL
BOND AND FOR ENTRY OF SEPARATE AND FINAL JUDGMENT**

Plaintiff through counsel objects to the Defendants' Motion to Dismiss on the grounds that Defense Counsel is claiming a third count of negligence against an unknown person should also be dismissed. This count was not within the jurisdiction of the medical tribunal and should continue.

Plaintiff hereby requests a hearing date on said Motion.

                                      Respectfully submitted,
                                      Plaintiff,
                                      Penny Letendre
                                      By Her Attorneys

Leppo & Leppo
Carl Leppo, Esquire             #564604
7 Christy Drive, Suite 1
Brockton, MA 02301
Tel:   (508) 580-3733
Fax:  (508) 580-4841

Petrarca & Petrarca Law Offices

_____
Peter J. Petrarca, Esquire        #6137
330 Silver Spring Street
Providence, RI 02904
Tel:   (401) 273-1111
Fax:   (401) 621-2225


## CERTIFICATE OF SERVICE

I, Peter J. Petrarca, hereby certify that I have served a copy of the enclosed Objection of Plaintiff, Penny Letendre, to Defendants', Min S. Ahn, M.D. and Min S. Ahn, M.D., P.C. d/b/a the Aesthetic Wellness Center to Dismiss Pursuant to F.R. Civ. P. 12(b)(6) for Failure to Post a Tribunal Bond and for Entry of Separate and Final Judgment on:

Andrew T. Neuwirth, Esquire
**Foster & Eldridge, LLP**
One Canal Park, Suite 2100
Cambridge, MA 02141

By mailing a copy of same, first-class postage prepaid, to the above.

Signed under the pains and penalties of perjury.

_____
Peter J. Petrarca, Esquire        #6137
**Petrarca & Petrarca Law Office**
330 Silver Spring Street
Providence, RI 02904
Tel:   (401) 273-1111
Fax:   (401) 621-2225


DATED: