UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PENNY LETENDRE,**
        **Plaintiff**

    V.

**MIN S, AHN, M.D., et al**
        **Defendant**

**CIVIL ACTION**

**NO.  05-10656-MLW**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's eElectronic Order dated on **May 21, 2006**, in the above-referenced action, dismissing Counts 1 and 2 of the plaintiffs' complaint with prejudice and dismissing Count 3 of the plaintiff's complaint without prejudice, it is hereby ORDERED:

Judgment of dismissal, with prejudice as to Counts 1 and 2 of the plaintiff's complaint and without prejudice as to Count 3 of the plaintiff's complaint, for the **defendants.**

                                        By the Court,

**June 5, 2006**                                **/s/ Dennis O'Leary**
    **Date**                                            **Deputy Clerk**

(judge-dis.wpd - 12/98)                                                                        [jgm.]