*Notify*

8

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO: 05-4350E

Penny Letendre
       PLAINTIFF

V.

Min S. Ahn M.D. Et al
       DEFENDANT



ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court : DOCKET #CA 04 199 ML

BY THE COURT, Troy, J.

*[signature]*
ASST. CLERK

DATED: July 6, 2006

*Notice sent 7/6/06*
*P+PLO - P.J.D. +J, P-K*
*F+E - A.N.*
*PC /216*